UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MANUEL ARIZMENDI-BURGOS,       CIVIL ACTION NO. 1:20-CV-0354-P
Petitioner

VERSUS       JUDGE DRELL

DAVID RIVERA,       MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13) and after a *de novo* review of the record including the Objection filed by Petitioner (ECF No. 14), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Temporary Restraining Order (ECF No. 4) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 25 day of June 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE