UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MANUEL ALEXANDER ARIZMENDI-BURGOS #A078181263, Plaintiff | CIVIL DOCKET NO. 1:20-CV-00354 SEC P |
| VERSUS | JUDGE DRELL |
| DAVID COLE ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 35), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (ECF No. 32) is GRANTED and the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 25 day of February 2021.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE